JOSHUA PERVA NORTHERN DIST.
17CR565 CASE NO: ILLINOIS

DEAR HONORABLE JUDGE EDMOND CHANG
I AM WRITING YOU AND THE COURTS TO CHALLANGE MY CRIMINAL HISTORY POINTS # I GOT 2 POINTS ~~CRIMINAL~~ FOR 2 MISDEAMEANORS 1 POINT FOR EACH MISDEAMEANOR. THE REASON I AM CHALLANGING THE 2 POINTS ON THE 2 MISDEAMEANORS BECAUSE IN THE FEDERAL SENTENCING GUIDE LINE COMISSION IT SAYS IN ORDER TO GET 1 POINT FOR A MISDEAMEANOR YOU NEED TO HAVE BEEN CONVICTED ~~FOR~~ OF A SENTENCE OF 30 DAY IMPRISONMENT IN 4A 1.2(c) SENTENCES FOR MISDEMEANORS OFFENSES ARE COUNTED IF THE SENTENCE IMPOSED WAS A TERM OF PROBATION OF MORE THAN ONE YEAR OR A TERM OF IMPRISONMENT OF AT LEAST 30 DAYS ~~(scribbled out)~~ I WOULD LIKE THE MISDAMINOR POINTS TO BE TAKEN OFF MY CRIMINAL HISTORY AND I WOULD LIKE TO REQUEST TO GET 1 EXTRA LEVEL REDUCTION FOR 5K.1 GOVERNMENT COOPERATION PROFFER TO ADD WITH MY 3 LEVEL REDUCTION EQUALING

> THANK YOU FOR YOUR TIME
> GOD BLESS
> SINCERLY
> JOSHUA PERVA

TO 4 LEVEL REDUCTION 3 LEVEL REDUCTION FOR PLEADING GUILTY IN A TIMELY FASHION AND 1 EXTRA LEVEL REDUCTION FOR COOPERATING WITH THE GOVERNMENT 5K.1 PROFFER UNDER FEDERAL SENTENCING GUIDE LINE COMISSION

FILED
MAY 10 2019
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

JOSHUA PERNA
17CR565 CASE NO.

DEAR HONORABLE JUDGE EDMOND CHANG,
I AM WRITING YOU AND THE COURTS TO
CHALLANGE MY CRIMINAL HISTORY POINTS.
IT I GOT 3 POINTS [illegible] FOR 2
MISDEMEANORS. I PUT THE CASE ABOUT AMENDED
THE ADDED 1 MORE FINAL AUGUST. THE 2 POINTS ON
THE 2 MISDEMEANOR, BECAUSE IN THE FEDERAL
6 SENTENCING GUIDE TIME COMMISSION. IT SAYS IN
PAGE [illegible] TO [illegible] I PUT FOR A MISDEMEANOR YOU
NEED TO HAVE BEEN CONVICTED FOR OF A SENTENCE OF
30 DAY IMPRISONMENT IN A [illegible] 1 YEAR SENTENCES
FOR MISDEMEANOR TO GET THOSE 2 ARE COUNTED. AT THIS
TIME IT DOES NOT SHOW AS A TERM OF PROBATION OR MORE
THAN 60 DAYS OF IMPRISONMENT I DO NOT BELIEVE SO OR
HAVE NEVER SERVED THIS AMOUNT ON THESE CASES. ACCORDING
TO THE GUIDE LINES THE 2 MISDEMEANOR POINTS TO BE
TAKEN OF MY CRIMINAL HISTORY AND I WOULD LIKE TO
REQUEST TO GET 1 EXTRA LEVEL REDUCTIONS OK GOVERNMENT
COOPERATION PLEASE & APPRECIATIVELY JUDGE PERNA, [illegible].
THANK YOU FOR YOUR TIME.
GOD BLESS.

SINCERELY,
JOSHUA PERNA

FILED
MAY 10 2019
THOMAS G BRUTON
CLERK U.S. DISTRICT COURT

17CR565
17CR565

Joshua Perva
33510
Livingston County Jail
844 W. Lincoln
Pontiac, IL 61764

05/10/2019-24

HONORABLE FEDERAL JUDGE
JUDGE EDMOND CHANG
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

LEGAL MAIL

LEGAL MAIL


